(97 South. 922)

### CLINKSCALES v. CLINKSCALES.
### (6, Div. 921.)

(Supreme Court of Alabama.   Oct. 18, 1923. Rehearing Denied Nov. 29, 1923.)

Infants ⇐18—Court of chancery has jurisdiction over infants, independent of statute.

Courts of chancery have jurisdiction over the custody of children, independent of Code 1907, § 3308, relating to the awarding of custody in divorce cases, and it is immaterial how the jurisdiction is invoked; the paramount question being the well being of the infant.

Appeal from Circuit Court, Jefferson County; Wm. M. Walker, Judge.

Bill by Edgar B. Clinkscales against Minnie Ethel Clinkscales. From the decree, complainant appeals. Affirmed.

The original bill was one for divorce. Respondent filed answer and cross-bill, praying temporary and permanent alimony and custody of the infant child of the marriage. The decree granted divorce, awarded custody of the child to respondent, and required the payment by complainant of a stated sum to respondent for the maintenance and support of said child, and taxed complainant with the costs. From that decree complainant prosecutes this appeal, assigning as error the awarding of the child to the respondent, and taxing complainant with costs of the suit.

Frank S. Andrews, of Birmingham, for appellant.

In proceedings involving the care, control, and education of infants, the paramount con-

sideration is the well-being of the child. Coleman v. Coleman, 198 Ala. 226, 73 South. 473; Code 1907, § 3808.

Clark Williams, of Birmingham, for appellee.

When divorce is granted, the parents are equal in right, and the welfare of the child is the paramount consideration. 14 Cyc. 805; Anonymous, 55 Ala. 428; Goodrich v. Goodrich, 44 Ala. 670; Cornelius v. Cornelius, 31 Ala. 479.

THOMAS, J. The courts of chancery have jurisdiction over the custody of children, independent of the statute. It is immaterial how the jurisdiction is invoked; the paramount question is the well being of the infant. Coleman v. Coleman, 198 Ala. 225, 226, 73 South. 473.

In divorce cases, the statute provides for awarding the custody and education of the children of the marriage as may seem right and proper, having regard to the moral character and prudence of the parents, the age and sex of the child. Code, § 3808.

We have carefully considered the evidence, and are of the opinion that the court committed no error in its decree as to awarding the custody of the child. No good purpose will be served by the detailed discussion of the evidence.

The decree of the circuit court, in equity, is affirmed.

Affirmed.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.